## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**HATTIE VOORHIES and,**                    **CIVIL ACTION NO. 11-3117**
**ROOSEVELT VOORHIES**

**VERSUS**                                  **SECTION "A"**

**THE ADMINISTRATORS OF THE TULANE**        **MAGISTRATE 5**
**EDUCATIONAL FUND d/b/a TULANE**
**MEDICAL CENTER, UNIVERSITY**
**HEALTHCARE SYSTEM, L.C., GENERAL**
**ELECTRIC COMPANY through its GE**
**HEALTHCARE DIVISION, HEALTHCARE**
**INDEMNITY, INC. and VIRENDRA JOSHI, M.D.**

---

### STIPULATION OF DISMISSAL

---

Pursuant to Federal Rule of Civil Procedure 41(a)(ii), all parties who have appeared in this action stipulate to the dismissal of this action. The parties agree that all claims in this action are dismissed WITH PREJUDICE at Plaintiffs' costs.

[signatures on following page]

Respectfully submitted,
JOSEPH JOY & ASSOCIATES

*/s/Joseph R. Joy, III.*

_____
JOSEPH R. JOY, III., LA Bar No. 7575
900 South College Road, Suite 204
P.O. Box 4929
Lafayette, Louisiana 70502
Telephone: (337) 232-8123
Facsimile: (337) 235-5629

And

*/s/Gordon Schoeffler*

_____
GORDON J. SCHOEFFLER, LA Bar No. 29412
900 South College Road, Suite 204 (70503)
P.O. Box 4829
Lafayette, Louisiana 70502
Telephone: (337) 232-8123
Facsimile: (337) 235-5629
*Counsel for Hattie Voorhies and Roosevelt*
*Voorhies*


COTTEN SCHMIDT & ABBOTT, L.L.P.

*/s/ Charles H. Abbott*

_____
CHARLES H. ABBOTT, LA Bar No. 27930
BYRON D. KITCHENS, LA Bar No. 25129
RYAN C. WALLIS, LA Bar No. 28259
650 Poydras Street, Suite 2810
New Orleans, Louisiana 70130
Telephone: (504) 568-9393
Facsimile: (504) 524-1933

And

LEE M. HOLLIS (ASB-2648-S65L)(Pro Hac)
M. CHRISTIAN KING (AL# ASB-4874-K71M)
(Pro Hac)
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, Alabama 35203

Telephone: (205) 581-0700
Facsimile: (205) 581-0799

*Counsel for General Electric Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have on this 11th day of March, 2013, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of this filing to all registered attorneys.

*/s/Joseph R. Joy, III*

_____

JOSEPH R. JOY, III